# United States Court of Appeals
## For the First Circuit

No. 08-1203

UNITED STATES OF AMERICA,

Appellee,

v.

JONATHAN POLAND,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on April 2, 2009, should be amended as follows:

On page 7, line 1 of footnote 2, replace "a number changes" with "a number of changes".

On page 7, line 2 of footnote 2, replace "fo" with "of".